| § PROB 22 (Rev. 2/88) | Case 3:00-cr-00013-PG   Document 75   Filed 09/12/2003 | DOCKET NUMBER *(Tran. Court)* 00-CR-013-01 (PG) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 1:03:PT:37 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Luis Ramon Velez-Vargas 1560 Melody Lane Interlochen, MI 49643 | DISTRICT DISTRICT OF PUERTO RICO | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Juan M. Perez-Gimenez | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/11/01 | TO 10/10/06 |

OFFENSE

Aid and Abet to Possess with Intent to Distribute Cocaine, a Schedule II Controlled Substance; 18 U.S.C. §2 and 21 U.S.C. § 841(a)(1)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF PUERTO RICO"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_July 31, 2003_   _[signed]_
Date          Honorable Juan M. Perez-Gimenez
              United States District Judge

RECEIVED & FILED SEP 1 2 2003 CLERK'S OFFICE U.S. DIST. COURT SAN JUAN, PR

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF MICHIGAN"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_9·12·03_                _[signed]_
Effective Date           Hon. Richard Alan Enslen
                         United States District Judge

Certified as a True Copy
Ronald C. Weston, Sr., Clerk
By _[signed]_
   Deputy Clerk
   U.S. District Court
   Western Dist. of Michigan
Date SEP 1 6 2003