PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:03:PT:37

DOCKET NUMBER *(Rec. Court)*
00-CR-013-01 (PG)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Luis Ramon Velez-Vargas | WESTERN DISTRICT OF MICHIGAN | Southern |

NAME OF ASSIGNED JUDGE

Honorable Richard Alan Enslen

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/11/01 | TO 10/10/06 |
|---|---|---|

OFFENSE

Aid and Abet to Possess with Intent to Distribute Cocaine, a Schedule II Controlled Substance
18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1)

*[RECEIVED AND FILED stamp: CLERK'S OFFICE, U.S. DISTRICT COURT, SAN JUAN, P.R., 2006 JUN 23 AM 9:17]*

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF MICHIGAN"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF PUERTO RICO upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-21-04
Date

*[signature]*
Hon. Richard Alan Enslen
Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF PUERTO RICO"

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 5, 2006
Effective Date

*[signature]*
Hon.
U.S. District Judge